IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOSE MARTINEZ<br>625 WYE ISLAND CT<br>ANNAPOLIS, MD 21401<br><br>Plaintiff<br><br>vs.<br><br>CAPITAL MANAGEMENT SERVICES, LP<br>726 EXCHANGE STREET, SUITE 700<br>BUFFALO, NY 14210<br><br>Defendant | CIVIL NO. 1:11-cv-1710<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff to this Complaint, by and through counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and voluntarily dismisses this action with prejudice.

Dated: Annapolis, Maryland
August 5, 2011

Respectfully submitted on behalf of Plaintiff,

/s/ Morgan W. Fisher
Morgan W. Fisher (#28711)

LAWRENCE & FISHER PLLC

155 Duke of Gloucester Street
Annapolis, MD 21401
Tel: 410-626-6111
Fax: 866-393-4828

APPROVED THIS 5th DAY OF August 2011

Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.